UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **June 17, 2024** |
| **TIME:** | **12:00PM** |
| **FORMAT:** | ☐ In Person    ☒ Video Conference    ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **24-CV-718 (LGD)** |
| **NAME OF CASE(S):** | Squicciarini et al v. J and C Autoworld, LLC et al |
| **FOR PLAINTIFF(S):** | Robert J. Nahoum |
| **FOR DEFENDANT(S):** | Dafney Dubuisson Stokes, Jody Shelmidine |
| **NEXT CONFERENCE(S):** | January 9, 2025 at 11:00AM via Teleconference |
| **FTR/COURT REPORTER:** | 12:07-12:22, via Zoom |

**RULINGS FROM INITIAL CONFERENCE:**

Case called. Counsel for defendant J and C Autoworld, LLC, absent.

For the reasons stated on the record, the proposed schedule at DE [17] is ADOPTED.  Automatic disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be completed by 7/1/2024. Preliminary discovery shall be completed by 8/1/2024. The deadline for a proposed amendment of the pleadings to add claims or join additional parties is 7/1/2024. Any future motions to amend the pleadings on or after 7/2/2024 will be denied absent a showing of good cause, pursuant to Fed. R. Civ. P. 16(b)(4). *See Sacerdote v. New York University*, 9 F. 4th 95, 115 (2d Cir. 2021). Fact discovery shall be completed by 12/17/2024.  Expert reports shall be exchanged by 1/17/2025. Expert discovery shall be completed by 2/17/2025. Joint certification of the completion of all discovery shall be submitted by 2/17/2025.The deadline to commence dispositive motion practice is 3/17/2025.

This case is referred to the EDNY Mediation Panel. For assistance with the mediation process or the selection of a mediator, counsel are invited to contact EDNY ADR Administrator Danielle B. Shalov at 718-613-2578. Mediation shall be completed by 9/23/2024.  The parties shall submit a joint status report by 9/30/2024.

Finally, pursuant to the EDNY Administrative Order 2023-23, if the parties jointly consent to the undersigned, the form is due by 7/17/2024. If the parties do not jointly consent by 7/17/2024, the case will automatically be assigned to a District Judge.

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge